**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


Melissa Rex

    v.                                                    No. 07-fp-048

U.S. Social Security Administration,
Commissioner


### ORDER GRANTING REQUEST TO
### PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number **07-cv-048-SM**.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge


Date:   February 23, 2007

cc:     Francis M. Jackson, Esq.